189 So. 883

### John Lawrence LAVRETTA et al. v. FIRST NATIONAL BANK OF MOBILE.

### 1 Div. 46.

Supreme Court of Alabama.

June 8, 1939.

Rehearing Denied June 29, 1939.

James E. Duggan and Chas. A. Cunningham, both of Mobile, for appellants.

Robt. H. Smith, of Mobile, for appellee.

KNIGHT, Justice.

This case was submitted along with the appeal in the case of John Lawrence Lavretta et ux. v. First National Bank of Mobile, ante, p. 265, 189 So. 881, and is affirmed on the authority of that case.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.